UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| VANESSA L. TROTH,<br><br>    Plaintiff,<br><br>v.<br><br>MONITRONICS INTERNATIONAL,<br>INC. d/b/a BRINKS HOME SECURITY,<br><br>    Defendants. | Case No. 3:19-cv-02951-X<br><br>Honorable Judge Brantley Starr |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, VANESSA L. TROTH, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismissing her claims against Defendant, MONITRONICS INTERNATIONAL, INC. d/b/a BRINKS HOME SECURITY, with prejudice, with all parties to bear their own attorney's fees and cost.

Dated: June 19, 2020

Respectfully submitted,

**VANESSA L. TROTH**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
**SULAIMAN LAW GROUP, LTD.**
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com